UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| NANCY DIAMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-cv-04784-GJP |
| | ) | |
| CAPITAL ONE BANK (USA), N.A. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: March 26, 2018

Respectfully submitted,

| NANCY DIAMOND | CAPTIAL ONE BANK (USA), N.A. |
|---|---|
| By: */s/ Daniel Ruggiero* | By: */s/ Adam T. Simons with permission* |
| The Law Office of Daniel Ruggiero | Adam T. Simons |
| Daniel Goldsmith Ruggiero | McGuireWoods LLP |
| 275 Grove Street | 500 East Pratt Street, Suite 1000 |
| Suite 2-400 | Baltimore Maryland 21202 |
| Newton, Massachusetts 02466 | 410-659-4417 |
| 339-237-0343 | asimons@mcguirewoods.com |
| DruggieroEsq@gmail.com | |